

U.S. Department of Justice

United States Attorney
District of Minnesota

*600 United States Courthouse*   Telephone: (612) 664-5600
*300 South Fourth Street*   Fax: (612) 664-5787
*Minneapolis, MN 55415*

May 27, 2015

The Honorable Ann D. Montgomery
United States District Judge
300 South Fourth Street, Suite 13W
Minneapolis, MN 55415

    Re:  United States v. Jaime Ira Henning
         Criminal No.:  14-352 (ADM)

Dear Judge Montgomery:

    On April 30, 2015, the parties came before the Court for the sentencing hearing in this matter.  Further to the Court's order granting the parties 30 days to complete the restitution determination, this letter is to inform the Court of the victim requests and remittance information received and request that the Court amend the judge accordingly.

    The final amount of restitution the defendant owes is $4974.44.  This should be distributed as follows:

        $4224.23 to
        Wells Fargo Bank, N.A. – Financial Crimes Investigations
        Dept. 912038
        Denver, CO 80291-2038

        $750.21 to
        World's Foremost Bank
        4800 NW 1st Street, Suite 300
        Lincoln, NE  68521-4463

May 27, 2015
Page 2

The government respectfully requests the Court amend the judgment to include this restitution obligation. Please do not hesitate to contact me with any questions.

Sincerely,

ANDREW M. LUGER
United States Attorney

s/ Sarah E. Hudleston

BY: SARAH E. HUDLESTON
Assistant U.S. Attorney
Attorney ID Number 0351489