UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

           Plaintiff,

v().                                        **ORDER**
                                          Criminal No. 14-352 ADM

Jaime Ira Henning,

           Defendant.

_____

David M. Genrich, Esq., Assistant United States Attorney, United States Attorney's Office, Minneapolis, MN, on behalf of Plaintiff.

Jaime Ira Henning, pro se.

_____

On July 26, 2016, Defendant Jamie Ira Henning's Motion to Vacate under 28 U.S.C. § 2255 [Docket No. 41] was denied. See Mem. Op. Order [Docket No. 52]. On August 8, 2016, Defendant filed a Motion for to [sic] Withdraw the Opinion and Order Entered July 26, 2016 for Good Cause Shown and Denial of Due Process [Docket No. 54]. Defendant argues that the Order denying his § 2555 Motion should be withdrawn because he did not receive a copy of, nor an opportunity to respond to, the Government's Memorandum in Opposition [Docket No. 51] to his § 2255 Motion.

Defendant's Motion is denied. The Rules governing § 2255 proceedings do not give Defendants an automatic right to reply to the Government's memorandum. See U.S.C.S. Rules of Criminal Procedure, Section 2255 Rules, Rule (5)(d); United States v. Moreno, No. 11-178, 2013 WL 1104766, at *1 (D. Minn. Mar. 18, 2013). As in Moreno, the Court conducted a full and thorough examination of Defendant's claims and found no basis for his § 2255 Motion.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS**

**HEREBY ORDERED** that Defendant Jaime Ira Henning's Motion for to Withdraw the Opinion and Order Entered July 26, 2016 for Good Cause Shown and Denial of Due Process [Docket No. 54] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: August 10, 2016.